██ PAUL MARINACCIO, SR., Appellant, v TOWN OF CLARENCE, Respondent. [60 NYS3d 910]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Peradotto, DeJoseph and Curran, JJ.

██ WELLS FARGO BANK, N.A., Successor by Merger to WELLS FARGO BANK MINNESOTA, N.A., as Trustee, Formerly Known as NORWEST BANK MINNESOTA, N.A., as Trustee for Certificate Holders of SACO1 SERIES, 1999-2, Respondent, v BONNIE M. DYSINGER, Appellant, et al., Defendants. [60 NYS3d 911]—Motion for reargument denied. Present—Whalen, P.J., Smith, Centra and Troutman, JJ.

██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD HOUGH, JR., Appellant. [60 NYS3d 911]—Motion for reargument denied. Present—Whalen, P.J., Lindley, DeJoseph, NeMoyer and Curran, JJ.

██ MARDI JOHN, by the Parent and Natural Guardian, CHERYL KENDALL, Respondent, v DANIEL CASSIDY, Defendant, and PAUL KLEINDIENST, Appellant. DANIEL CASSIDY et al., Third-Party Plaintiffs, v DANIEL A. MESSINA et al., Third-Party Defendants. [60 NYS3d 911]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Whalen, P.J., Lindley, DeJoseph, NeMoyer and Curran, JJ.

██ SANDRA J. SLACER, Respondent, v JOHN M. KEARNEY, Appellant. [60 NYS3d 911]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Whalen, P.J., Lindley, DeJoseph, NeMoyer and Curran, JJ.

██ In the Matter of JEAN OLIVER, Petitioner, v JOSEPH A. D'AMICO, Superintendent, New York State Division of State Police, Respondent. [60 NYS3d 912]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Peradotto, Lindley and Curran, JJ.